# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK                                      CASE #:   08 CIV 7427

JUAN E REYES, ON HIS OWN BEHALF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUTATED

                                                                    Plaintiff(s)/Petitioner(s)

against

ESTATE INFORMATION SERVICES, LLC

                                                                    Defendant(s)/Respondent(s)

State of NY
County of Albany    SS

Kerry Gunner    being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the state of New York.

That on  8/25/08    at   3:25 PM

at the office of the Secretary of State of the State of New York in the City of Albany, NY, deponent served the within

**SUMMONS IN A CIVIL ACTION, CLASS ACTION COMPLAINT WITH EXHIBITS**

upon:    **ESTATE INFORMATION SERVICES LLC**

defendant/respondent in this action by delivering and leaving with   Chad Matice
authorized agent in the office of the Secretary of State of the State of New York, One Commerce Plaza, Albany, NY, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to section

**303 of the Limited Liability Company Law**

Deponent further says that the person so served was known as aforesaid to be an authorized agent in the office of the Secretary of State of The State of New York duly authorized to accept such service on behalf of said defendant/respondent.

Deponent further states that the person actually served is described as follows:

DESCRIPTION:

| Sex | Skin Color | Hair Color | Approx. Age | Approx. Ht | Approx. Wt. | Other: |
|---|---|---|---|---|---|---|
| male | white | brown | 21-24 | 5'11"-6' | 190-210 | glasses |

Sworn to before me on:  8/26/2008

*Sherie A. Searles* (signature)
Notary Public

Kerry Gunner (signature)

| Claudia M. Murphy | Kerry Gunner | Jessica DeVoe |
|---|---|---|
| Notary Public, State of NY | Notary Public, State of NY | Notary Public, Stateof NY |
| No 01MU5016071 | No 01GU5038710 | No 01DE6042657 |
| Qualified in Albany County | Qualified in Albany County | Qualified in Albany County |
| Commission expires 8/2/05 | Commission expires 2/6/2011 | Commission Expires 5/30/10 |

Lightning Legal Services, LLC
P.O. Box 9132
Albany, NY 12209

118336

SHERIE A. SEARLES
Notary Public, State of New York
No. 01SE6179623
Qualified in Albany County
Commission Expires 12-17-2011